## Case History

| | Filed by Plaintiff/Petitioner | **Case Number:** 2022CV032244 | | **Division:** 215 |
|---|---|---|---|---|
| | Filed by Defendant/Respondent | **Case Type:** Personal Injury | | **Judicial Officer:** J Eric Elliff |
| | Filed by Court | **Case Caption:** Kaim, Casey v. Intercontinental Hotels Group Resources et al | | **Court Location:** Denver County - District |

[Download]    Show [100]  1 - 7 of 7

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| ☐ | N/A (Details) | 10/10/2022 11:22 AM | J Eric Elliff | Denver County - District | N/A | ☐ | Order *(Related Document)* | Order: PROPOSED ORDER GRANTING DEFENDANTS BAYWOOD DIA, INC.'S AND DIA ARGONNE DEVELOPMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS- So Ordered | Public |
| ☐ | 27DEF748B48F2 | 10/06/2022 4:21 PM | Meredith Lee McDonald | Lewis Brisbois Bisgaard and Smith LLP | Baywood Dia Inc, Dia Argonne Dev Llc | ☐ | Motion | DEFENDANTS BAYWOOD DIA, INC.'S AND DIA ARGONNE DEVELOPMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS | Public |
| | | | | | | ☐ | Proposed Order *(Related Document)* | PROPOSED ORDER GRANTING DEFENDANTS BAYWOOD DIA, INC.'S AND DIA ARGONNE DEVELOPMENT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS | Public |
| ☐ | 32353B8391964 | 10/03/2022 9:17 AM | Bryan Gogarty | The Law Office of Cisneros and Associates | Baxter Constr Co Llc | ☐ | Answer w/Jury Demand | Defendant Baxter Construction Company, LLC Answer to Plaintiff's Complaint | Public |
| ☐ | 89EE0F8CCBC0D | 09/23/2022 10:32 AM | Erik David Moya | Dormer Harpring LLC | Casey Kaim | ☐ | Return of Service | Affidavit of Service of Summons, Delay Reduction Order, Civil Cover Sheet, Complaint, Pretrial Order to Diane Zaharris for ACM High Point VI on 9/19/22 with attach to doc | Public |
| | | | | | | ☐ | Return of Service | Affidavit of Service of Summons, Delay Reduction Order, Civil Cover Sheet, Complaint, Pretrial Order to Bonnie Zanetti for Baxter Construction Company on 9/16/22 with attach to doc | Public |
| | | | | | | ☐ | Return of Service | Affidavit of Service of Summons, Delay Reduction Order, Civil Cover Sheet, Complaint, Pretrial Order to Mary Mestas for Baywood DIA Inc. on 9/16/22 with attach to doc | Public |
| | | | | | | ☐ | Return of Service | Affidavit of Service of Summons, Delay Reduction Order, Civil Cover Sheet, Complaint, Pretrial Order to Mary Mestas for DIA Argonne on 9/16/22 with attach to doc | Public |
| | | | | | | ☐ | Return of Service | Affidavit of Service of Summons, Delay Reduction Order, Civil Cover Sheet, Complaint, Pretrial Order to Amy Hurad for Intercontinental Hotels Group Resources, LLC on 9/19/22 with attach to doc | Public |
| ☐ | N/A (Details) | 08/08/2022 11:09 AM | J Eric Elliff | Denver County - District | N/A | ☐ | Order | DELAY REDUCTION ORDER | Public |
| ☐ | N/A (Details) | 08/08/2022 11:08 AM | J Eric Elliff | Denver County - District | N/A | ☐ | Order | PRETRIAL ORDER | Public |
| ☐ | 2BD4420895BD1 | 08/04/2022 5:06 PM | Sean M Dormer | Dormer Harpring LLC | Casey Kaim | ☐ | Complaint w/Jury Demand | Complaint and Jury Demand | Public |
| | | | | | | ☐ | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |

1 - 7 of 7